UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACKSON BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, *et. al.,*,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02435-RFB-VCF<br><br>**<u>ORDER</u>** |

　　　Before the Court for consideration is the Report and Recommendation [ECF No. 10] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered May 15, 2017.

　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). The Plaintiff filed an "Answer" to the Report on May 17, 2017.

The Court has reviewed the Plaintiff's "Answer." The Court finds that this response does not contain an intelligible or direct objection to any of the findings in the Report. As the Answer does not contain an actual objection to the Report, the Court is not required to conduct any review of the Report or the record. Nonetheless, the Court has conducted a review of the Report, the record and the Answer. The Court agrees with the findings, reasoning and conclusions of the Report.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 10] is ACCEPTED and ADOPTED in full.

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint is DISMISSED with prejudice. All outstanding motions are DENIED as moot. The Clerk of Court is instructed to close this case.

The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: March 31, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**